UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**Holding a Criminal Term**
**Grand Jury Sworn in on June 14, 2024**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **GRAND JURY ORIGINAL** |
| | : | |
| **v.** | : | **VIOLATION:** |
| | : | |
| **WALTER JAMES,** | : | **COUNT 1: 18 U.S.C. § 249(a)(1)** |
| | : | **(Hate Crime Act)** |
| | : | |
| **Defendant.** | : | |

## INDICTMENT

The Grand Jury for the District of Columbia charges that at times material to this indictment, on or about the date and at the approximate time stated below:

## INTRODUCTORY ALLEGATIONS

### Defendant Located and Attacked a Jewish Victim

1. On the morning of July 10, 2024, A.G. was walking to work. A.G., who is Jewish, was wearing a yarmulke.

2. At 8:30 a.m., as A.G. walked in the vicinity of the 800 block of 23rd Street, N.W., Washington, D.C., defendant WALTER JAMES, without any provocation or warning, approached A.G. from behind and punched him in the head, knocking off A.G.'s earphones.

3. JAMES proceeded to repeatedly punch A.G. in his face and head. During the assault both JAMES and A.G. fell to the ground.

4. Both while JAMES was assaulting A.G. and immediately afterward, JAMES yelled antisemitic slurs at A.G., such as: (1) "You are murdering innocent men, women, and children in

Gaza." (2) "They're the cause of all our wars – killing the children of Palestine." (3) "You control us with money." (4) "You are not the real Jewish [sic]." And (5) "You guys kill people in Gaza."

5. As a result of JAMES's assault, A.G. suffered cuts and abrasions to his face and right elbow and cephalic swelling.

**<u>COUNT ONE</u>**
**18 U.S.C. § 249**
**(Hate Crime Act)**

6. The allegations contained in Paragraphs 1 through 5 of this Indictment are realleged.

7. On July 10, 2024, in the District of Columbia, the defendant, WALTER JAMES, willfully caused bodily injury to Victim A.G because of the actual and perceived religion and race of Victim A.G.

(In Violation of Title 18, United States Code, Section 249(a)(1))

A TRUE BILL:

FOREPERSON

Matthew M. Graves/jph
MATTHEW M. GRAVES

ATTORNEY OF THE UNITED STATES
IN AND FOR THE DISTRICT OF COLUMBIA