CO 109A - Rev. 3/2010

UNITED STATES DISTRICT AND BANKRUPTCY COURTS
FOR THE DISTRICT OF COLUMBIA



FILED
JAN 15 2025
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES OF AMERICA )
)
vs. )       Criminal No.: 24CR426 (BAH)
)
WALTER JAMES )
)

## NOTE FROM JURY

Can you clarify the difference between "substantial" and "incremental" in relation to the second element of the offense? The bottom of page 4 states religion is "substantial", but the top of page 5 states religion could play an "incremental" role. This seems to be in contradiction to each other.

Date: 1/15/24

Time: 1:11 PM

FOREPERSON